TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00100-CR

David Vargas, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF CALDWELL COUNTY, 22ND JUDICIAL DISTRICT

NO. 95-098, HONORABLE JACK ROBISON, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for delivery of a controlled
substance, namely: cocaine. Appellant has filed a motion to withdraw the appeal. No decision
of this Court has been delivered. The motion is granted and the appeal is dismissed. See Tex.
R. App. P. 59(b).

Before Justices Powers, Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: May 8, 1996

Do Not Publish